

# NUMBER 13-26-00053-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF THE MARRIAGE OF
## CHABLIS AMBROSIA AND HANS AMBROSIA AND
## IN THE INTEREST OF E.A., J.A., AND M.A., CHILDREN

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 3
## OF MONTGOMERY COUNTY, TEXAS

---

# MEMORANDUM OPINION

### Before Justices Silva, Peña, and Fonseca
### Memorandum Opinion by Justice Silva

This cause is before the Court on appellant Hans Ambrosia's motion to dismiss appeal. On November 21, 2025, appellant filed a notice of appeal on a final decree of divorce rendered on August 25, 2025, in trial court cause number 25-01-00441.[1]

---

[1] This case is before the Court on transfer from the Ninth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE § 73.001.

The Court, having considered appellant's motion to dismiss appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's motion to dismiss is granted, and the appeal is hereby dismissed.[2] The costs are taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
2nd day of April, 2026.

---

[2] All pending motions are dismissed as moot.

2